Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT
for the

District of Columbia

civil Division

Monal Patel )
)
*Plaintiff(s)* )
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
)
)
The Ambit Group, et. al; NOAA, Dr. Timothy )
Gallaudet, Administrator )
)
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names.)* )

Case: 1:18-cv-02985 (F-DECK)
Assigned To : Moss, Randolph D.
Assign. Date : 12/18/2018
Description: Pro Se Gen. Civil

Jury Trial: *(check one)* ☐ Yes ☒ No

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
(28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

|   |   |
|---|---|
| Name | Monal Patel |
| Street Address | 2020 F St NW, Apt 125 |
| City and County | Washington |
| State and Zip Code | DC 20006 |
| Telephone Number | 8606557277 |
| E-mail Address | monal.m.patel@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

Defendant No. 1
- Name: The Ambit Group
- Job or Title (if known):
- Street Address: 8607 Westwood Center Dr
- City and County: Vienna, Fairfax
- State and Zip Code: VA
- Telephone Number: 703-956-1686
- E-mail Address (if known):

Defendant No. 2
- Name: NOAA
- Job or Title (if known): Acting UnderSecretary Oceans&Atmosphere, Administr. NOAA
- Street Address: 1315 East West Hwy
- City and County: SilverSpring, Montgomery
- State and Zip Code: MD 20850
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* __Monal Patel__, is a citizen of the State of *(name)* __Washington DC__.

2. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

   The defendant, *(name)* __Ambit Group__, is incorporated under the laws of the State of *(name)* __VA__, and has its principal place of business in the State of *(name)* __VA__. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

If Defendant is a Corporation,

The defendant, NOAA: Dr. Timothy Gallaudet, Administrator of NOAA, is incorporated under the laws of the state of, US Federal Government, and has its principal place of business in the State of Maryland.

the employment terms were for salary to be paid bi-weekly at $4583. annualized: $109,792

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* Monal Patel , and the defendant, *(name)* Ambit Group, and NOAA , made an agreement or contract on *(date)* 08/17/2018 . The agreement or contract was *(oral or written)* written . Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)* pay salary at 4583USD per pay period as long as I submitted to client security and clearance process.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*

On 8/26/18, Ambit emailed me stating the position was pulled by the government. This was breach of contract, as I acted in good faith. While at will, the offer and subsequent covenant agreement and emails, training for DOC I attended, fingerprints obtained at NOAA, constitute an implied contract agreement. Additionally, the Administrative Procedures Act was violated if NOAA decided to insource the role, or if they never informed Ambit Group about the role change. From the precedence of the joint-employer test, NOAA can be considered a joint employer with Ambit Group, as it would have ability to assert control over my work and schedule. It is also wrongful termination because if Ambit Group hired an internal staffer, they acted in bad faith toward me, after signing my employment offer and giving no indication in subsequent correspondence that I would have no job to report to. The action was capricious, arbitrary, and an abuse of discretion on NOAA's part.

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

I ask for payment of job offer terms for a 12 mth period, plus benefits. Plus, any fees, delivery of new assignment through Ambit, and liquidated damages of $300,000. This caused unemployment, loss of reputation, and emotional stress and depression. I ask that there be separate relief assessed for plaintiff in regards to Administrative Procedures Act violations.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/17/2018

Signature of Plaintiff

Printed Name of Plaintiff    Monal Patel

### B. For Attorneys

Date of signing: 

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address