UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MONAL PATEL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE AMBIT GROUP, NATIONAL OCEANIC<br>AND ATMOSPHERIC ADMINISTRATION, and<br>DR. TIMOTHY GALLAUDET, Administrator,<br><br>　　　　Defendants. | Civil Action No. 18-2985 (RDM) |

**REPLY IN FURTHER SUPPORT OF**
**FEDERAL DEFENDANTS' MOTION TO DISMISS**

Defendants National Oceanic and Atmospheric Administration ("NOAA") and Dr. Timothy Gallaudet (jointly, the ¨Federal Defendants"), respectfully submit this reply in further support of their motion to dismiss the claims set forth in the *pro se* Complaint for a Civil Case Alleging Breach of Contract, filed December 18, 2018.  ECF No. 1.

Plaintiff confirmed in his opposition brief that he alleges that NOAA was in breach of an implied contract and the covenant of good faith and fair dealing in connection with the incident alleged in the Complaint.  Opp'n at 1, 5-6.[1]  The case should be dismissed because Plaintiff's claims are not cognizable in this Court under the Tucker Act, 28 U.S.C. § 1491(a), or the Administrative Procedure Act ("APA"), *see* 5 U.S.C. § 704.

In their opening brief, the Federal Defendants argued that the Court lacks subject-matter jurisdiction over the claim, because contract claims against the federal government seeking more

---

[1]  Citations to "Opp'n" refer to Plaintiff's Memorandum of Law in Opposition to Federal Defendants' Motion to Dismiss, filed February 28, 2019.  ECF No. 13.

than $10,000 are properly brought in the Court of Federal Claims. Opening Br. at 4-5 (citing 28 U.S.C. § 1491(a)). In reply, Plaintiff argues that it would not be appropriate or helpful to assert his contract claim in the Court of Federal Claims, because he alleges that NOAA and Defendant The Ambit Group were his "joint-employers." Opp'n at 2-3. Defendant understands that it would be more convenient for Plaintiff to assert his joint-employer against the private and governmental Defendants, but this is insufficient to confer subject-matter jurisdiction over Plaintiff's Tucker Act claim in this Court.

Similarly, Plaintiff has not rebutted the Federal Defendants' argument that he has not presented sufficient facts that could give rise to a claim under the APA. Plaintiff is not challenging any final agency action; rather, he is pursuing an implied contract claim based on the theory that NOAA and The Ambit Group are joint employers. Opp'n at 5-6. Causes of action against the government sounding in contract law are not cognizable under the APA, as the waiver of sovereign immunity in the statute "does not run to actions seeking declaratory relief or specific performance in contract cases," and the Tucker Act and Little Tucker Act "impliedly forbid such relief." *Sharp v. Weinberger*, 798 F.2d 1521, 1523 (D.C. Cir. 1986). Accordingly, Plaintiff has not properly pled an APA claim for which relief can be granted.

## CONCLUSION

For the reasons stated above and in the opening brief, the Court should grant this motion and dismiss the claims against the Federal Defendants.

Dated: March 5, 2019

Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

                                                           /s/ *Paul Cirino*
PAUL CIRINO
New York Bar # 2777464
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C.  20530
Phone: (202) 252-2529
Fax: (202) 252-2599
paul.cirino@usdoj.gov

*Attorneys for Federal Defendants*

Of Counsel:

Sapna Sharma
Office of the Assistant General Counsel
U.S. Department of Commerce
Washington, D.C.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2019, I served the foregoing Motion upon Plaintiff by mailing the motion and accompanying documents via First Class Mail to:

> Monal Patel
> 2020 F Street, N.W., Apt. 125
> Washington, DC  20006

In addition, on March 5, 2019, I served a copy of the foregoing Motion and accompanying documents to Plaintiff by sending them via electronic mail to monal.m.patel@gmail.com.


          _/s/ Paul Cirino_
          Paul Cirino