3/A/19

To: Clerk's Office - Civil
U.S. District Court for D.C.
Rm W25
333 Constitution Ave NW
Washington, DC 20001

Hon. Judge Moss, presiding

Re: Case 1:18-cv-02985/RDM, Request to Amend Complaint or Take Leave to Consult with an Attorney

Dear Clerk and Judge Moss,

Since I am pro se, I am not familiar how and if it is possible to amend my complaint or take leave to seek counsel, on the fact that through an interview with a NOAA task manager, Ms. Meena Gupta, I learned the portion I accepted, according to her, was never offered. I feel this is a violation of The Privacy Act, and 5 U.S.C. Secs 552a(g) and 5 U.S.C. Sec 552a(i) states the remedies available. While this current case before your court is breach of contract type, if my filings have stated possible promissory fraud and misrepresentation by Ardot & NOAA, then would this allegation of Privacy Act violations be admissible? If I can request leave before you were to rule on the Motions, so I can consult as a lawyer, that would be appreciated.
If we are to take what a NOAA employee said

(1)

[Stamp: Leave to file GRANTED / RANDOLPH D. MOSS / United States District Judge / DATE 4/4/19]

as truth, that the ole was never offered, then there has been a huge overreach of federal powers to collect a citizen's data + store it. There are possible criminal violations as well, if NOAA maintained by PII data, thus creating a system of records without a published notice in Federal Register. (Section 3, 5 U.S.C. Sec. 552 a(i)).

I have also notified Defendants (through their Counsel) of my intention of requesting the Court of this.

Further, this agency action (by NOAA) may further support my Administ. Procedures Act violation claim.

Respectfully submitted,

[signature]

Monal Patel, Plaintiff pro se
2020 F St NW #125
Wash. DC 20006
ph. 860-659-7277
email: monal.m.patel@gmail.com

RECEIVED
Mail Room
MAR 25 2019
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

(2)