6/20/19

To: Clerk of the Court

U.S. District Court for the District of Columbia

333 Constitution Ave NW, Rm 1130

Washington, DC 20001

Leave to file GRANTED

RANDOLPH D. MOSS   DATE 7/1/19
United States District Judge

Re: Motion to Leave Filing for 1:18-cv-02985-RDM

To the Clerk of the Court:

As Fed Rule of Civil Proc. 15 (d) states:

Rule 15:

RECEIVED
Mail Room
JUN 2 4 2019
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

(d) SUPPLEMENTAL PLEADINGS. On motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented. The court may permit supplementation even though the original pleading is defective in stating a claim or defense. The court may order that the opposing party plead to the supplemental pleading within a specified time.

As such, I would ask the Court for permission to be granted for leave by this motion filed to supplement my last pleading (which was a Memo of Opposition to one of the Defendant's MTD) with the acceptance and filing of the attached email, provided as Exhibit MTL-Exh1. Since this technically does not fit the role of being an amendment to a complaint, such that it would constitute an amended complaint, pursuant to LCvR 7 (m), I do not track the conclusion that I had to confer with opposing counsel on their consent to the amendment. This would be a supplement to my last Memo of Opposition, and is an event that occurred after my pleading. But, as an act of good faith, I did email opposing counsel last night to alert them of this document and asked if they concur with my filing. To act in good faith effort, I emailed again this morning at 8:23am, specifically using local rule 7m as the rally point, and do have counsel for Ambit on record opposing this filing and with the distinction of it being considered non-relevant. So as a matter of justice, I would like to mail out this motion for leave today, with the assumption that counsel for the federal defendants oppose this filing as well.

This email, MTL-Exh1, is from NOAA FOIA liaison and it provides an official government answer to what authority Ambit and NOAA had, contractually, to pull a candidate from a role. The information obtained concludes that Ambit, as the role occupant of contractor, determines and executes adequate staffing plans that NOAA, as the government, would first determine were requirements, and would then accept.

Insofar, as it pertains to the relevancy of my breach of contract case against both parties, I find that Ambit acted out of FAR regulated guidelines and out of Commerce Acquisition Manual policies by capriciously stopping my security processing at NOAA. In no FAR regulation nor any DOC or NOAA policy

guidance is it said that such action can occur and what the process would be for this situation. Ambit, by way of the discussion with Ms. Brunner (NOAA COR), stopped my security process, prematurely, and this was an act of disparate discrimination that violated my 5th Amendment rights to due process of law, especially when the role went to a white female, whom Ambit gave a salary increase to when she took the role from me.

Ambit cannot use the at will rule in its defense, because this egregious act of bias toward me and unethical FAR violations would be an exception to the at will rule, and I would thus assert that they did breach a covenant of good faith and treatment and that this was in fact wrongful termination.

I respectfully ask the Court to rule on my motion for leave to supplement my pleading with this Exhibit as evidence toward my claims. I further ask the Court, respectfully, to rule on the Motions to Dismiss, taking into account my opposition memos and exhibits filed, and allow this case to proceed.

Sincerely yours,

Monal Patel, plaintiff pro se

860-655-7277

2020 F St NW, Apt 125

Wash DC 20006

**From:**
**To:**
**Subject:** Fwd: NOAA FOIA Request - DOC-NOAA-2019-000934 Thursday, June
**Date:** 20, 20

---------- Forwarded message ---------
From: Monal Patel <monal.m.patel@gmail.com < Caution-mailto:monal.m.patel@gmail.com > >
Date: Thu, Jun 20, 2019 at 1:34 AM
Subject: Fwd: NOAA FOIA Request - DOC-NOAA-2019-000934
To: Cirino, Paul (USADC) <Paul.Cirino@usdoj.gov < Caution-mailto:Paul.Cirino@usdoj.gov > >, Remy, John M. (DC) <John.Remy@jacksonlewis.com < Caution-mailto:John.Remy@jacksonlewis.com > >, Caldas, Diana M.

(DC) <Diana.Caldas@jacksonlewis.com < Caution-mailto:Diana.Caldas@jacksonlewis.com > >

insofar, as it was learned through a separate eeo complaint with noaa, that through the insistence of ms brunner, a noaa cor, ambit's kirsten carr and madden decided to capriciously act out of FAR and Commerce Acquisition manual guidelines and usurp the security processing for me, and stopped it. this below email from noaa foia office with emphasis on bold red sentences on ambit only having the power to enact staffing plans per requirements set by the govt, it is clear that ambit acted in bad faith on a signed offer of employment and did not state this specific set of actions as a contingency on my offer reneging. they create an at will exception by these actions since the contingency they create was unduly geared toward me, a minority and gay. this is corroborated by a GS 15 govt noaa manager, Meenu Gupta in sworn DOC declarations, that she agrees and believes ambit acted racially discriminatory toward me and not right or moral. so, ambit acted unlawfully on their job offer, and since at will exceptioned, they owe me liability claims and the contract terms. do you concur with me entring this as evidence to the Court? i will be filing this email and forwarded email below to the clerk of court as a motion for leave to amend and add evidence. so please accept this as proof of service.

Monal Patel

---------- Forwarded message ---------
From: Shem Yusuf - NOAA Federal <shem.s.yusuf@noaa.gov < Caution-mailto:shem.s.yusuf@noaa.gov > >
Date: Wed, Jun 19, 2019 at 4:06 PM
Subject: NOAA FOIA Request - DOC-NOAA-2019-000934
To: <monal.m.patel@gmail.com < Caution-mailto:monal.m.patel@gmail.com > >

Good Afternoon Mr. Patel,

My name is Shem Yusuf and I am the National Oceanic and Atmospheric Administration (NOAA), Acquisition and Grants Office (AGO) FOIA Liaison. I'm writing today regarding your subject FOIA request for information

pertaining to contract number ST-1330-14-BU-0002 awarded to the Ambit Group. Specifically, you stated:

* I want the contract info NOAA has with the prime, The Ambit Group. The contract is Contract #: ST-1330-14-BU-0002. It supports DOC NOAALink focused on Strategic Management Services. Ambit Group is prime and it has several subs. i need to know who the subs are, and if the CPIC Program Management Consultant role is filled by Ambit Group resource, or a subcontractor partner's resource. I need to know the contract price, and the type of contract, T&M or IDIQ, or Labor hrs, i do know it is under a BPA. I need to know who can decide to fill a role or pull a role on this contract, NOAA or Ambit Group, or both.

Please see our responses below:

Request: Who are Ambit's subcontracts (subs) on this contract?

Response: NOAA AGO does not have this information as Ambit does not provide a list of subs to the Government.

Request: What is the contract type and contract price?

Response: Time and Materials, Labor Hours, and/or Firm Fixed Price call orders are all used depending on the government requirement. The contract prices are determined at each call order level and this information can be found at Caution-www.fpds.gov < Caution-http://www.fpds.gov > and searching by the contract number (DOCST133014BU0002) in the "EzSearch" (public search) section of the web page. In addition, pricing information is also located publicly at USAspending.gov using the contract number.

**Request: Who can decide to fill a role or pull a role on this contract, NOAA or Ambit Group, or both?**

**Response: The Government determines requirements and Ambit determines and executes adequate staffing plans that are acceptable to the Government.**

Based on our responses and your ability to access all other information publicly via Caution-www.fpds.gov < Caution-http://www.fpds.gov > and Caution-www.usaspending.gov < Caution-http://www.usaspending.gov > , we do not have any physical responsive records to this FOIA request. In saying this, please note this email response will be used to administratively close your FOIA request. Also, no fees were charged for this request because there are no records.

Should you have any questions, please contact me directly. Thanks and best wishes.

Sincerely,

Mr. Shem S. Yusuf

Procurement Analyst/FOIA Liaison

NOAA Acquisition and Grants Office

Policy and Oversight Division

Richard Bolling Federal Building

601 East 12th Street, Rm. 1747
Kansas City, Missouri 64106

Phone: (816) 823-3859

"Some people spend an entire lifetime wondering if they made a difference...the Marines don't have that problem." - President Ronald Reagan, 1985

--

--

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Leave and attached Supplemental Exhibit was served by first-class mail, postage prepaid, on the 20th day of ___June___, 2019, upon:

>Clerk of the Court
>US District Court for D.C.
>333 Consitution Ave NW, Rm 1130
>Washington DC 20001

And, emailed to opposing counsel (defendants) on said date:

paul.cirino@usdoj.gov Paul Cirino for NOAA and Dr. Gallaudet
john.remy@jacksonlewis.com John Remy and D. Caldas for Ambit Group

_____
(Signature)  Monal Patel, plaintiff pro se
1:18-cv-02985-RDM

1:18-cv-02985-RDM

M Patel
200 F St NW #125
WDC 20006

Clerk of the Court
U.S. District Court for the District of Columbia
333 Constitution Ave NW, Rm 1130
Washington DC 20001

20 JUN 2019 PM 2L
NOVA 220

