# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MONAL PATEL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE AMBIT GROUP, NATIONAL OCEANIC<br>AND ATMOSPHERIC ADMINISTRATION, and<br>DR. TIMOTHY GALLAUDET, Administrator,<br><br>　　　　Defendants. | Civil Action No. 18-2985 (RDM) |

## FEDERAL DEFENDANTS' OPPOSITION
## TO PLAINTIFF'S MOTION FOR DISCOVERY

Defendants National Oceanic and Atmospheric Administration ("NOAA") and Dr. Timothy Gallaudet (jointly, the "Federal Defendants") respectfully submit this opposition to Plaintiff's Motion for Discovery Under Federal Rule of Civil Procedure 56(d), filed on July 25, 2019.  ECF No. 20.

Plaintiff's motion should be denied.  Rule 56(d)(2) affords a non-movant an opportunity for discovery prior to responding to a motion for summary judgment in certain circumstances and is simply inapplicable here since the Federal Defendants have not moved for summary judgment.  Rather, the Federal Defendants and Defendant The Ambit Group have filed separate motions to dismiss under Rule 12.

For the reasons stated above, the Court should deny Plaintiff's motion.

Dated:  July 31, 2019　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JESSIE K. LIU, D.C. Bar # 472845
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　DANIEL F. VAN HORN, D.C. Bar # 924092

Chief, Civil Division

/s/ *Paul Cirino*
PAUL CIRINO
New York Bar # 2777464
Assistant United States Attorney
Civil Division
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2529
Fax: (202) 252-2599
paul.cirino@usdoj.gov

*Attorneys for Federal Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2019, I served the foregoing document upon Plaintiff by mailing the motion and accompanying documents via First Class Mail to:

> Monal Patel
> 2020 F Street, N.W., Apt. 125
> Washington, DC  20006

In addition, on July 31, 2019, I served a copy of the foregoing documents upon Plaintiff by sending it via electronic mail to monal.m.patel@gmail.com.

                                           */s/ Paul Cirino*
                                               Paul Cirino