# United States District Court For The District Of Columbia

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Plaintiff: **Monal Patel**

vs.

Civil Action No. 1:18-cv-02985-RDM

Defendant: **Dr. Timothy Gallaudet, Acting Admstr; NOAA, Agency; the Ambit Group**

## CIVIL NOTICE OF APPEAL

Notice is hereby given this 11 day of October 2019, that

Monal Patel

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the

judgment of this court entered on the 17 day of September, 2019, in

favor of Defendants The Ambit Group and NOAA, Dr Gallaudet, Admstr

against said Plaintiff

Attorney/Pro Se Party Signature: *[signature]*

Name: Monal Patel, pro se

Address: 2020 F St NW Apt 125

Washington, DC 20006

monal.m.patel@gmail.com

Telephone: (860) 6557277

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party.)

USCA Form 13
Rev. June 2017

RECEIVED
Mail Room
OCT 15 2019

## Certificate of Service

I hereby certify + attest that a true copy of the documents "Motion for Leave to Proceed IFP (on Appeal)" and "Affidavit accompanying motion" were mailed, USPS, 1st class mail, postage pre paid on the 11th day of October, 2019, to:

U.S. District Court for the District of Columbia
Clerk of the Court
333 Constitution Ave NW
Washington, DC 20001-2866

→ As well as the civil Notice of Appeal.

10/11/19

Moral Patel, pro se
plaintiff
moral.m.patel@gmail.com

M. Patel
2020 F St NW #125
WDC 20006

NOVA 220
11 OCT 2019 PM 2L

U.S. District Court for the District of Columbia
Clerk of the Court — civil notice of appeal
333 Constitution Ave NW
Washington, D.C. 20001-2866

20001-286659

1:18-CV-02985-RDM