# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

---

Monal Patel

USCA No. _____

v.

Amlot Group; Dr. Timothy Gallanher, Advisor; NOAA, Agency

USDC No. 1:18-cv-02985-RDM

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, Monal Patel, declare that I am the
[X] appellant/petitioner  [ ] appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached.

I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. Attach an additional sheet if necessary.*) I have already actually completed this form and the affidavit accompanying it & sent to Clerk of Court of Appeals. Just submitting backup, since Nancy Dunn of Appeals Court called and said IFP motion & affidavit should go to District Court, not Appeals Circuit. She said she could forward my completed forms to District Court Clerk for me. (phone call 10/10/19)

Signature: _[signature]_

Name of *Pro Se* Litigant: Monal Patel

Address: 200 F St NW #125
Washington DC 20006

Submit original with a certificate of service to:

Clerk of Court
United States Court of Appeals
 for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse, Room 5523
333 Constitution Avenue, N.W.
Washington, DC 20001

-1-

USCA Form 31
Rev. December 2018

**RECEIVED**
OCT 15 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

*Please see forwarded Completed form from Appeals Circuit (Nancy Dunn)*

*[signature] 10/11/19*

|  | You | Spouse |
|---|---|---|
| Food | _____ | _____ |
| Clothing | _____ | _____ |
| Laundry and dry-cleaning | _____ | _____ |
| Medical and dental expenses | _____ | _____ |
| Transportation (not including motor vehicle payments) | _____ | _____ |
| Recreation, entertainment, newspapers, magazines, etc. | _____ | _____ |
| Insurance (not deducted from wages or included in mortgage payments) | _____ | _____ |
|    Homeowner's or renter's | _____ | _____ |
|    Life | _____ | _____ |
|    Health | _____ | _____ |
|    Motor Vehicle | _____ | _____ |
|    Other: _____ | _____ | _____ |
| Taxes (not deducted from wages or included in mortgage payments) | _____ | _____ |
|    (specify) _____ |  |  |
| Installment payments | _____ | _____ |
|    Motor Vehicle | _____ | _____ |
|    Credit card (name): _____ | _____ | _____ |
|    Department store (name): _____ | _____ | _____ |
|    Other: _____ | _____ | _____ |
| Alimony, maintenance, and support paid to others | _____ | _____ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | _____ | _____ |
| Other(specify): _____ | _____ | _____ |
| Total monthly expenses: | _____ | _____ |

USCA Form 31
Rev. December 2018

-5-

## Certificate of Service

I hereby certify & attest that a true copy of the documents "Motion for Leave to Proceed IFP (on Appeal)" and "Affidavit accompanying motion" were mailed, USPS, 1st class mail, postage pre paid on the 11th day of October, 2019, to:

U.S. District Court for the District of Columbia
Clerk of the Court
333 Constitution Ave NW
Washington, DC 20001-2866

→ As well as the civil Notice of Appeal.

10/11/19

Moral Patel, pro se
plaintiff
moral.m.patel@gmail.com

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT
333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Monal Patel _____ USCA No. _____

v.

Ambit Group; Dr Timothy Gallaudet, Ahnsr; NOAA, agency
USDC No. 1:18-cv-02985-RDM

### AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: /s/ _____   Date: 10/11/19

My issues on appeal are: that Ambit Group + NOAA frauded me by inducement and other unethical practices which led to discriminatory actions tied to my color, sex, sexual orientation, national origin, race. (completed form was already sent to Clerk of Appeals Circuit last week, and I have no copy and Nancy Dunn said to send form to District Court, but I asked her to forward my -1- form to District Court (phone call on 10/10/19)

USCA Form 31
Rev. December 2018

---

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months |  | Amount expected next month |  |
|---|---|---|---|---|
|  | You | Spouse | You | Spouse |
| Employment | ~4167 | NA | ~10,000 | NA |
| Self-employment | NA | NA | 0 | NA |
|  | You | Spouse | You | Spouse |
| Income from real property (such as rental income) | 0 | NA | 0 | NA |
| Interest and dividends | 50 | 0 | 0 | 0 |
| Gifts | 2000 | 0 | 0 | 0 |
| Alimony | 0 | 0 | 0 | 0 |
| Child support | 0 | 0 | 0 | 0 |
| Retirement (such as social security, pensions, annuities, insurance | 0 | 0 | 0 | 0 |
| Disability (such as social security, insurance payments) | 0 | 0 | 0 | 0 |
| Unemployment payments | 0 | 0 | 0 | 0 |
| Public-assistance (such as welfare) | 0 | 0 | 0 | 0 |
| Other (specify): _____ | 0 | 0 | 0 | 0 |
| Total monthly income: | ~6217 | NA | ~10,000 | NA |

-2-

USCA Form 31
Rev. December 2018

Please see forwarded/completed form from Appeals Circuit (Nancy Dunn) [signature] 10/11/19

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NA | | | |
| | | | |
| | | | |

4. How much cash do you and your spouse have? ~300

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NA | | | |
| | | | |
| | | | |

If you are a prisoner, seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 NA (Value) |
|---|---|---|
| NA | NA | Make & Year: |
| | | Model: |
| | | Registration #: |

| Motor Vehicle #2 NA | Other Assets (Value) | Other Assets (Value) |
|---|---|---|
| Make & Year: | NA | NA |
| Model: | | |
| Registration #: | | |

-3-

USCA Form 31
Rev. December 2018

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NA | 0 | NA |
| | | |
| | | |

7. State every person, business, or organization to whom you or your spouse owes money, the nature of the indebtedness, and the amount owed.

| Person to whom you or your spouse owe money | Nature of indebtedness (e.g., mortgage, credit card) | Amount owed by you | by spouse |
|---|---|---|---|
| Mohela | Stu. loan | 37,000 | NA |
| BoA Credit Card(s) | CC | ~33,500 | NA |
| Chase CC | CC | ~100 | NA |
| Cap One CC | CC | ~6,700 | NA |
| 1st Nat'l Bnk Omaha | CC | ~12,000 | NA |

8. State the persons who rely on you or your spouse for support.

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| NA | | |
| | | |
| | | |

9. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | 2166 | NA |
| Are real-estate taxes included? | ○ Yes ✓ No | |
| Is property insurance included? | ○ Yes ✓ No | |

| | You | Spouse |
|---|---|---|
| Utilities (electricity, heating fuel, water, sewer, and telephone) | 250 | NA |
| Home maintenance (repairs and upkeep) | 121 | NA |

-4-

USCA Form 31
Rev. December 2018

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

RECEIVED Mail Room OCT - 4 2019 United States Court of Appeals District of Columbia Circuit

Monal Patel, Plaintiff

USCA No. _____

v.

NOAA, agency; Dr. T. Gallaudet Acty/Admr.; Ambt Group

USDC No. 1:18-cv-02985-RDM

## MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

I, __Monal Patel__, declare that I am the

[X] appellant/petitioner  [ ] appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached.

I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (Provide a statement of the issues you will present to the court. Attach an additional sheet if necessary.) I believe Ambt Group is liable for Fraud by Inducement in their job interview + job offer. They reneged my offer, so that their already "cleared" female, white employee could take it (since her contract at NOAA was ending and they wanted to retain her), thereby using + deceiving me.

Signature _____

Name of Pro Se Litigant __Monal Patel__

Address __2020 F St. NW #125__
__Washington DC 20006__

Submit original with a certificate of service to:

Clerk of Court
United States Court of Appeals
  for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse, Room 5523
333 Constitution Avenue, N.W.
Washington, DC 20001

-1-

USCA Form 31
Rev. December 2018

# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Manal Patel, Plaintiff          USCA No. _____

v.

NOAA, agency; Dr. T. Gallaudet, Acting Admtr;          USDC No. 1:18-cv-02985-RDM

Amb+ Gray

**AFFIDAVIT ACCOMPANYING MOTION FOR
PERMISSION TO APPEAL IN FORMA PAUPERIS**

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: _____        Date: 9/24/19

My issues on appeal are: Amb+ frauded me by Inducement for a facility job offer and NOAA's employee Ms Mason is implicated as having delayed my processing for NOAA clearance, which is what caused Ambt's K.3ben Carr to stop my processing. This was all learned throughout course of law suit and an EEO Complaint with Dept. of Commerce.

-1-

USCA Form 31
Rev. December 2018

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $6409 ~~$3000~~ | | $6868 | |
| Self-employment | 0 | | 0 | |
| | You | Spouse | You | Spouse |
| Income from real property (such as rental income) | 0 | | 0 | |
| Interest and dividends | $25 | | $0 | |
| Gifts | $2000 | | 0 | |
| Alimony | 0 | | 0 | |
| Child support | 0 | | 0 | |
| Retirement (such as social security, pensions, annuities, insurance | 0 | | 0 | |
| Disability (such as social security, insurance payments) | 0 | | 0 | |
| Unemployment payments | 0 | | 0 | |
| Public-assistance (such as welfare) | 0 | | 0 | |
| Other (specify): _____ | 0 | | 0 | |
| Total monthly income: | $8434 | | $6868 | |

-2-

USCA Form 31
Rev. December 2018

```
O   N   D   J   F   M   A   M   J   J   A   J
0   0  5000 2000 9147 9167 ?/6)  ?/?)  5/?)  8/?  10/15  10/15
```

2. **List your employment history for the past two years, most recent employer first.** (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| ADEPT Force Group | Alexandria, VA | 7/2019 - present | $10,164 |
| Kigamo | Occoquan, VA | 4/2019 - 6/2019 | $7,520 |
| ERP | Laurel, MD | 1/2019 - 4/2019 | $9,167 |
| Deetz | Schaumburg, IL | 11/2018 - 1/2019 | $7,440 |
| Artech | Rockville, MD | 7/2018 - 9/2018 | $8,000 |
| ICF | Fairfax, VA | 8/2017 - 4/2018 | $8,600 |

3. **List your spouse's employment history for the past two years, most recent employer first.** (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| n/a | | | |
| n/a | | | |

4. How much cash do you and your spouse have? $200

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| BoA | Savings | $300 | — |
| n/a | | | |
| n/a | | | |

**If you are a prisoner, seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 n/a (Value) |
|---|---|---|
| n/a | n/a | Make & Year: |
| n/a | | Model: |
| n/a | | Registration #: |

| Motor Vehicle #2 n/a | Other Assets (Value) | Other Assets (Value) |
|---|---|---|
| Make & Year: | n/a | n/a |
| Model: | | |
| Registration #: | | |

-3-

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| n/a | n/a | n/a |
| | | |
| | | |

7. State every person, business, or organization to whom you or your spouse owes money, the nature of the indebtedness, and the amount owed.

| Person to whom you or your spouse owe money | Nature of indebtedness (e.g., mortgage, credit card) | Amount owed by you | by spouse |
|---|---|---|---|
| U.S Dep't of Edu. | College student loans | $36,000 | n/a |
| BOA Credit cards (4) | Credit cards | $26,266 | |
| Capital One | credit card | $5584 | |
| Chase | " | $120 | |
| 1st National Bank Omaha | " | $11,003 | |
| n/a | | | |

8. State the persons who rely on you or your spouse for support.

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| n/a | | |
| | | |
| | | |

9. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $2166 | n/a |
| Are real-estate taxes included? | ◯ Yes ☒ No | |
| Is property insurance included? | ◯ Yes ☒ No | |
| | You | Spouse |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $170 | n/a |
| Home maintenance (repairs and upkeep) | $100 | n/a |

-4-

|  | You | Spouse |
|---|---|---|
| Food | $ 600 | |
| Clothing | $ 100 | |
| Laundry and dry-cleaning | $ 80 | |
| Medical and dental expenses | $ 200 | |
| Transportation (not including motor vehicle payments) | $ 100 | |
| Recreation, entertainment, newspapers, magazines, etc. | $ 400 | |
| Insurance (not deducted from wages or included in mortgage payments) | ~~$180~~ | |
|    Homeowner's or renter's | $180 | |
|    Life | 0 | |
|    Health | $ 85 | |
|    Motor Vehicle | 0 | |
|    Other: n/a | 0 | |
| Taxes (not deducted from wages or included in mortgage payments) | 0 | |
|    (specify) n/a | | |
| Installment payments | 0 | |
|    Motor Vehicle | 0 | |
|    Credit card (name): listed above pg. 4 Total | $ 42,973 | |
|    Department store | 0 | |
|    (name): n/a | | |
|    Other: n/a | 0 | |
| Alimony, maintenance, and support paid to others | 0 | |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | 0 | |
| Other(specify): n/a | 0 | |
| Total monthly expenses: | $ 5,800 | |

-5-

USCA Form 31
Rev. December 2018

10. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months? ☒ Yes ☐ No

If yes, describe on an attached sheet. Fed Contractor - so security of income is unstable & could change with no notice.

11. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form? ☒ Yes ☐ No

If yes, how much? $400

If yes, state the attorney's name, address, and telephone number:

Matthew Estes, Sr. Counsel; Alan Lescht + Assoc.
1825 K St NW Ste 750
Wash, DC 20006

12. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

If yes, how much? n/a

If yes, state the person's name, address, and telephone number:

n/a

13. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I filed and paid the complaint fee of $400 in 12/2018. But from many months unemployed, my debt went up a lot. I am in huge debt, so while I do have income, I am still in the red as I try to pay it all off.

14. State the city and state of your legal residence.

Washington DC

Your daytime phone number: (860) 655-7277

Your age: 39        Your years of schooling: 6

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd__ day of _October__, 2019_, I will mail the foregoing document by U.S. first-class mail, postage pre-paid, to the Clerk of Court, at U.S. Court of Appeals for District of Columbia Circuit, Rm 5523, 333 Constitution Ave NW, Washington, DC 20001.

____/s/_____

Monal Patel, pro se Plaintiff

2020 F St NW # 125

Washington, DC 20006

Phone: 8606557277

Monal.m.patel@gmail.com


Ambit's employee handbook and their recount of the timeline in rescinding an offer of employment clearly indicates the company lacks integrity and ethical principles in fair labor standards. The employee handbook states, "Ambit retains the absolute right to modify, update, disregard, suspend or rescind any or all such guidelines, policies, procedures, and benefits at any time." Based on this, an employee could have no recourse in uncovering illegal, unethical, discriminatory activities by a colleague or employer or obtaining justice for such activities. Such a policy speaks to Ambit's primary interest in protecting itself, even when it is in the wrong.

Underscoring Ambit's lack of ethical principles is their false account of the timeline in offering and rescinding employment to Monal Patel. They lie to obscure the fact that they rescinded Monal Patel's offer in favor of a white woman already employed by Ambit. Rather than honoring an offer made to a qualified candidate who submitted required documentation for employment and security clearance in a timely manner and best meeting the needs of the client, Ambit gave the job to an employee to further their own economic interests.

Ambit's misleading timeline implies that Monal Patel was, at least in part, responsible for a delay in the security clearance process. With this lie, Ambit aims to justify their offering the position to their employee. Ambit claims that e-QIP was initiated on September 14, 2018, whereas Monal Patel completed and submitted his e-QIP file on August 22, 2018. The timeline of events provided by Ambit speaks to either incompetence in monitoring the security clearance process (checking only when asked by the client) or purposefully delaying the process in order to later justify offering the position to a current employee. Ambit lied again in saying that they were exploring alternatives to support the client on September 24, 2018, when they had already decided to rescind the offer to Monal Patel. An offer was made along with a salary increase to the white female at 2:39pm via email to her by Carr with cc to Madden, and she accepted. However, Ambit would not renege Monal Patel's offer until September 25th. The current employee would be transferred to the client's contract on October 17. Either Ambit contributed (along with NOAA's Ms. Mason) in how they delayed Monal Patel's security clearance intentionally so that their employee would be available for the position and would not have to be let go when her current contract ended. Or, when NOAA's COR Ms. Mason, delayed the initiation of security processing, per testimony provided in official DAO Complaint results[1], Ambit saw an opportunity to use for their advantage. If Ambit had acted in good faith to Monal Patel's e-QIP submission, the eight-week timeframe would likely have been sufficient to obtain a clearance and begin work[2] around the same time as Ambit's current employee.

As further evidence of Ambit's lack of ethics is the lies they told in rescinding the offer to Monal Patel. Ambit did not refer to the delay in the security clearance but gave false

---

[1] DAO 215-11 complaint results, compiled by dept of commerce OCR director, has affirmed in their conclusion that Ms Mason's actions were what delayed the security processing which was what drove ambit to renege the offer.
[2] Patel's immediately preceding job supporting GSA had his EOD for a higher tier 2B level be given after 3 weeks in processing, and comparative for Patel's job immediately after the NOAA debacle, supporting DoD had EOD be given after 1 month in processing.

information that the government had pulled the position. This is clearly a lie, given the correspondence between Brunner and Carr, in which Carr noted an Ambit employee would fill the position, and Brunner noted looking forward to meeting her.

People: Carr- ms Kirsten carr, progm mgr from ambit, interviewed M Patel and works on site at noaa

Mason- ms vicki mason, cor at noaa in noaalink prg office, she was M Patel's sponsor, she delayed the security prcs

Brunner- ms chris brunner, gs-14 cor at noaa, signed off on M Patels paperwork, her chats with Carr lead to renege

Madden- mr madden of ambit, leadership, never met M Patel, has provided testimony which is invalid and unsubstantiated

Clerk of Court
U.S. Court of Appeals
for District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse, Rm. 5523
333 Constitution Ave NW
Washington, DC 20001